UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA HUMPHREY | Case Number: 1:11-cv-00017-JGK |
| Plaintiff | |
| vs. | |
| ALLIED INTERSTATE, INC. | |
| Defendant | |

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, Barbara Humphrey, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

Warren & Vullings, LLP

BY:  /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA 19111
215-745-9800